## SHORT, ET AL. v. PRATT CONSOLIDATED COAL CO.

(Decided April 17, 1917.　74 South. 1006.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

FRANK S. WHITE & SONS, for appellants. LAMKIN & WATTS and BANKHEAD & BANKHEAD, for appellee.

PER CURIAM.—Appeal dismissed by agreement.

---

## SLOSS-SHEFFIELD STEEL & IRON CO. v. ROACH.

(Decided April 17, 1917.　74 South. 1006.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

TILLMAN, BRADLEY & MORROW and C. A. MCFARLAND, for appellant. BEN G. PERRY, for appellee.

PER CURIAM.—Appeal dismissed by appellant.

---

## SNOW v. TULLEY, ET AL.

(Decided April 12, 1917.　Rehearing denied May 17, 1917.
75 South. 164.)

APPEAL from Birmingham City Court.

Heard before Hon. A. H. ALSTON.

ETHERIDGE & LAMAR and A. & F. B. LATADY, for appellant. N. L. MILLER and N. A. GRAHAM, JR., for appellees.

MAYFIELD, J.—There is no error in the record and the caused is affirmed on the authority of same case, 190 Ala. 556, 68 South. 301.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.